DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**NILZA CORDERO,**
Appellant,

v.

**SAFEPOINT INSURANCE COMPANY,**
Appellee.

No. 4D21-2992

[December 22, 2022]

Appeal from the Circuit Court for the Seventeenth Judicial Circuit, Broward County; David A. Haimes, Judge; L.T. Case No. CACE18-005346 (08).

Wm. Allen Bonner of South Florida Appeals, P.A., Miami, and Matthew Baldwin of Vargas, Gonzalez, Baldwin, Delombard, LLP, Coral Gables, for appellant.

Patrick M. Chidnese and Frieda C. Lindroth of Bickford & Chidnese, LLP, Tampa, for appellee.

PER CURIAM.

*Affirmed.*

GROSS, LEVINE and CONNER, JJ., concur.

\*       \*       \*

***Not final until disposition of timely filed motion for rehearing.***